IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LLOYD BLOOM, JR.,<br>Plaintiff, | )<br>)<br>)   C.A. No. 22-22 Erie<br>)<br>v.                                    )<br>)   **District Judge Susan Paradise Baxter**<br>LT. JADLOCKI, et al.,         )   **Chief Magistrate Judge Richard Lanzillo**<br>Defendants.                  ) |

### MEMORANDUM ORDER

Plaintiff Michael Lloyd Bloom, Jr., an individual formerly incarcerated at the State Correctional Institution at Albion, Pennsylvania ("SCI-Albion"), initiated this civil rights action by filing a *pro se* complaint, pursuant to 42 U.S.C. § 1983. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff subsequently filed an amended complaint on December 28, 2022 [ECF No. 21], which is the operative pleading in this case. Named as Defendants were thirteen staff members at SCI-Albion: Captain Howard Sissem; Sergeant Michael Watson; Lieutenants William Jadlocki, Todd Stafford, Richard Bednaro, and Christopher Froehlich; and Corrections Officers Arnold, Otis Jordan, Elijah Sundberg, Matthew Banks, Thomas Luckock, Justin Blackwelder, and Tony Welton. Plaintiff alleged that Defendants subjected him to excessive force in violation of his rights under the eighth and fourteenth amendments to the United States Constitution.

The Court subsequently dismissed Plaintiff's Fourteenth Amendment claim against all

Defendants, and his Eighth Amendment claim against all Defendants other than Defendants Arnold, Froehlich, Banks, and Jadlocki, by Memorandum Order dated October 16, 2023. [ECF No. 38].[1]

Following discovery, on June 17, 2024, the remaining Defendants filed a motion for summary judgment, a supporting brief, a concise statement of material facts, and an appendix of exhibits [ECF Nos. 61-64]. On June 21, 2024, Defendants supplemented their motion with the filing of two audio/video discs containing four video recordings of the incident at issue [ECF Nos. 61-65]. On July 1, 2024, Judge Lanzillo issued an Order requiring Plaintiff to file a response to Defendants' motion by July 17, 2024 [ECF No. 66], which deadline was later extended to August 30, 2024, upon Order dated July 31, 2024 [ECF No. 69]. After Plaintiff failed to file a timely response to Defendants' motion, Judge Lanzillo issued a show cause Order, dated September 23, 2024, requiring Plaintiff to file a brief in opposition to Defendants' motion, and a responsive concise statement of material facts in compliance with Rule 56, by October 7, 2024. [ECF No. 72]. Nonetheless, Plaintiff failed to comply with the Court's Order and did not file either an opposition brief or a responsive concise statement of material facts, nor did he request an extension of time to do so.

So, based on the evidentiary record before him, Judge Lanzillo issued a Magistrate Judge's Report and Recommendation ("R&R") on January 30, 2025, recommending that Defendants' motion for summary judgment be granted and that judgment be entered in favor of

---

[1] Plaintiff's Eighth Amendment claim against Defendants Sissem, Watson, Stafford, Bednaro, Jordan, Sundberg, Luckock, Blackwelder, and Welton were originally dismissed without prejudice to Plaintiff's right to file an amended complaint to allege with specificity the personal involvement of each such Defendant, within thirty days of the Court's Order. After Plaintiff failed to file an amendment, the Court's dismissal of Plaintiff's claims against these Defendants was converted to a dismissal with prejudice by Order dated July 25, 2024 [ECF No. 68].

the remaining Defendants. [ECF No. 73]. In particular, Judge Lanzillo concluded that the evidence fails to establish that excessive force was used or that Plaintiff suffered any serious injuries. (Id. at p. 9). Objections to the R&R were due to be filed by February 18, 2025; however, no timely objections have been received.

Thus, after *de novo* review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 28th day of February, 2025;

IT IS HEREBY ORDERED that Defendants' motion for summary judgment [ECF No. 61] is GRANTED, and judgment will be entered in favor of Defendants and against Plaintiff on all remaining claims in this case. The report and recommendation of Chief Magistrate Judge Lanzillo, issued January 30, 2025 [ECF No. 73], is adopted as the opinion of the court.

The Clerk is directed to mark this case closed.

                                                                    /s/ Susan Paradise Baxter  
                                                           SUSAN PARADISE BAXTER  
                                                           United States District Judge

cc:      The Honorable Richard A. Lanzillo  
           Chief United States Magistrate Judge